UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Isabel C. Balboa, Esquire
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977
(856) 663-5002

**Order Filed on August 24, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

DANIEL E. YANCY.

         Debtor(s)

Case No. 22-15874 (JNP)

Judge:  Jerrold N. Poslusny, Jr.

## CONSENT ORDER
### RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 24, 2022**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:     Daniel E. Yancy
Case No.    22-15874 (JNP)
**CONSENT ORDER RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE**

---

Upon agreement with the Trustee and Debtor, for bad faith filing pursuant to 11 U.S.C. §1307 (c) and good cause appearing therefore, it is hereby;

**ORDERED** that Debtor's Chapter 13 case number 22-15874 (JNP) is hereby allowed to continue;

**IT IS FURTHER ORDERED** that if the Debtor's instant Chapter 13 case should be dismissed, such dismissal shall be with prejudice and Debtor shall be barred from filing for bankruptcy protection under Chapter 13 for a period of 180 days from the date of dismissal of Debtor's case.


/s/ Seymour Wasserstrum                 8/11/22
Law Office of Seymour Wasserstrum       Date
Debtor's Attorney


/s/ Isabel C. Balboa                    8/22/22
Isabel C. Balboa                        Date
Chapter 13 Standing Trustee

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 22-15874-JNP

Daniel E. Yancy                                                                                      Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Aug 25, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Daniel E. Yancy, 725 Central Ave., Franklinville, NJ 08322-2054 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2022                          Signature:                /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-23 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Seymour Wasserstrum | on behalf of Debtor Daniel E. Yancy mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5