LAW OFFICE OF SEYMOUR WASSERSTRUM
205 Landis Avenue
Vineland, NJ 08360
(856) 696-8300
Attorney for Debtor

---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

IN RE: **Daniel E. Yancy**　　　　　　　　　　　　　　　Case No: **22-15874/JNP**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter: 13

### NOTICE OF AMENDMENT TO SCHEDULE D, E/F, G OR H OR LIST OF CREDITORS

TAKE NOTICE:

1. The debtor, **Daniel E. Yancy**, filed a bankruptcy petition on **July 26, 2022**.
2. The first meeting of creditors was scheduled for **August 25, 2022,** at 9:00 a.m. Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the Trustee appointed to the case for access or call-in information.
3. The Confirmation of the Chapter 13 Plan was/is scheduled for **December 21, 2022.**
4. A proof of claim may need to be filed prior to **October 4, 2022**.
5. The debtor may be examined by subpoena pursuant to D.N.J. LBR 2004-1.
6. A copy of the Order Respecting Amendment to Schedule D, E/F, G or H or List of Creditors is enclosed.
7. The deadline to file a complaint objecting to Discharge of the Debtor or to determine dischargeability of Debt is **October 24, 2022**.
8. A copy of the amended schedule is enclosed.
9. A copy of the Chapter 13 Plan is enclosed.

Dated:  December 15, 2022　　　　　　　　　　　　　Law Office of Seymour Wasserstrum

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Seymour Wasserstrum, Esq
　　　　　　　　　　　　　　　　　　　　　　　　　　By: Seymour Wasserstrum, Esq.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Seymour Wasserstrum, Esq. SW2734<br>LAW OFFICES OF SEYMOUR WASSERSTRUM<br>205 W. Landis Avenue<br>Vineland, New Jersey 08360<br>Phone: (856) 696-8300<br>Fax: (856) 696-6962<br>Attorney for Debtor(s) | |
| In Re:<br><br>**Daniel E. Yancy** | Case No.: **22-15874**<br><br>Chapter: 13<br><br>Adv. No.: N/A<br><br>Hearing Date: **12/21/2022**<br><br>Judge: **JNP** |

## CERTIFICATION OF SERVICE

1. I, <u>Llaylin Hernandez-Perez</u>:

    ☐  represent the _____ in the above-captioned matter.

    ☒  am the secretary/paralegal for <u>Seymour Wasserstrum, Esq.</u>, who represents the <u>Debtor</u> in the above-captioned matter.

    ☐  am the _____ in the above case and am representing myself.

2. On <u>December 15, 2022</u> I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    **Order Respecting Amendment to Schedule D, E/F, G or H or List of Creditors; Amended Schedule D, E/F, G or H or List of Creditors; Chapter 13 Plan**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: <u>December 15, 2022</u>                                       /s/ Llaylin Hernandez-Perez
                                                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Standing Trustee | ❏Hand-delivered<br>☒Regular Mail<br>❏Certified mail/RR<br>❏Other_____<br>(As authorized by the Court or by rule. Cite<br>the rule if applicable.) |
| CARRINGTON MORTGAGE SERVICES<br>2201 EAST 196TH STREET<br>Westfield IN 46074-0000<br><br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-0000<br><br>Internal Revenue Service<br>Po Box 725 Special Procedures Function<br>Springfield, NJ 07081<br><br>Internal Revenue Service Special Procedure Branch<br>P.O. Box 744<br>Springfield, NJ 07081<br><br>Office Of The Attorney General<br>22 Market Street, PO Box 112<br>Div Of Law, Richard J Hughes Justice Com<br>Trenton NJ 08625-0112<br><br>State Of New Jersey<br>P.O. Box 245<br>Dept Of Treasury-Division Of Taxation<br>Trenton NJ 08695-0245<br><br>Township of Franklin<br>1571 Delsea Drive<br>Franklinville NJ 08322-0000<br><br>Atlantic City Electric<br>PO Box 13610<br>Philadelphia PA 19101-0000 | Creditors | ❏Hand-delivered<br>☒Regular Mail<br>❏Certified mail/RR<br>❏Other_____<br>(As authorized by the Court or by rule. Cite<br>the rule if applicable.) |

| | | |
|---|---|---|
| Capital One<br>PO Box 31293 Salt Lake City<br>Salt Lake City UT 84131-0000<br><br>CB Indigo<br>PO Box 4499<br>Beaverton OR 97076-0000<br><br>Contental Finance Company<br>4550 New Linden Hill Rd, ste 400<br>Wilmington DE 19808-0000<br><br>First Premier Bank<br>3820 N. Louise Avenue<br>Sioux Falls SD 57117-5524<br><br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-0000<br><br>Merrick Bank<br>PO Box 9201<br>Old Bethpage NY 11804-9001<br><br>Trojan Professional Ser<br>P.O. Box 1270<br>Re: Capemay Family Dental<br>Los Alamitos CA 90720-1270<br><br>Wells Fargo Card Service<br>PO Box 14517<br>Des Moines IA 50306-3517 | | |

*rev.8/1/16*