Law Offices of Seymour Wasserstrum
205 W. Landis Ave.
Vineland, NJ 08360
(t)856-696-8300 | (f)856-696-3586
MyLawyer7@aol.com

**UNITED STATES BANKRUPTCY COURT**
**DISTICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| In re:  Daniel Yancy  Debtor | Case No.:      22-11362-JNP  Hearing Date:  March 28, 2023               11:00 AM  Chapter:         13  Motion to Amend Proof of Claim |
|---|---|

**CERTIFICATION OF SERVICE**

1. I, Dayana Rodriguez:
☐ represent _____ in this matter.

☒ am the secretary/paralegal for Seymour Wasserstrum, Esq. who represents Debtor(s) in this matter.

☐ am the _____ in this case and am representing myself.

2. On March 24, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
☒ Notice of Motion to Reimpose the Automatic Stay ☒ Certification ☒Statement as to why no brief is necessary ☒ Order

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: March 24, 2023                                              /s/ Dayana Rodriguez
                                                                                    Signature

| Name and Address | Role | Method of Service |
|---|---|---|
| Isabel C. Balboa<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002<br><br>U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | Chapter 13 Trustee<br><br><br><br><br>United States Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ Other: _NEF_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Daniel Yancy<br>725 Central Ave<br>Franklinville NJ  08322 | Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State of New Jersey – Division of Taxation Bankruptcy<br>PO BOX 245<br>Trenton, NJ 08695<br><br>Office of U.S. Attorney General<br>25 Market St. P.O. Box 112<br>Richard J. Hughes Justice Complex<br>Trenton, NJ 08625-0112<br><br>U.S. Attorney's Office<br>Camden Federal Building & U.S. Courthouse<br>P.O. Box 2098<br>401 Market St. 4th Floor<br>Camden, NJ 08102 | Creditor<br><br><br><br><br>U.S. Attorney General<br><br><br><br><br>U.S. Attorney | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |