# LAW OFFICES OF SEYMOUR WASSERSTRUM

ATTORNEYS AT LAW

| | | |
|---|---|---|
| 205 W. LANDIS AVE | | 1040 N. KINGS HWY, SUITE 304 |
| VINELAND, NJ 08360 | | CHERRY HILL, NJ 08002 |
| TELEPHONE: (856) 696-8300 | | *Do not mail to this address |
| FACSIMILE: (856) 696-6962 | | |

**SEYMOUR WASSERSTRUM, ESQ**

March 24, 2023

Honorable Jerrold N. Poslusny, USBJ
US Bankruptcy Court – Clerk's Office
4th and Cooper Street, Second Floor
Camden, NJ 08102

    Re:    Daniel E. Yancy
            Chapter 13 Case No.: 22-15874/JNP
            Withdraw of Amended Certificate of Service

Dear Judge Poslusny:

Please accept this letter as our request to withdraw the Amended Certificate of Service which was filed on March 24, 2023 under docket number 32.

Thank you for your kind attention.

                                          Respectfully Submitted,

                                          /s/ Seymour Wasserstrum, Esq.
                                          Seymour Wasserstrum, Esq.