Law Offices of Seymour Wasserstrum
205 W. Landis Ave.
Vineland, NJ 08360
(t)856-696-8300 | (f)856-696-3586
MyLawyer7@aol.com

**UNITED STATES BANKRUPTCY COURT**
**DISTICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| In re: | Case No.: 22-11362-JNP |
|---|---|
| Daniel Yancy | Hearing Date: April 18, 2023 |
| Debtor | 11:00 AM |
| | Chapter: 13 |
| | Motion to Strike Proof of Claim |

**CERTIFICATION OF SERVICE**

1. I, Dayana Rodriguez:
☐ represent _____ in this matter.

☒ am the secretary/paralegal for Seymour Wasserstrum, Esq. who represents Debtor(s) in this matter.

☐ am the _____ in this case and am representing myself.

2. On March 24, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
☒ Notice of Motion to Strike Proof of Claim  ☒ Certification  ☒ Statement as to why no brief is necessary
☒ Order

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: March 24, 2023                               /s/ Dayana Rodriguez
                                                                   Signature

| | | |
|---|---|---|
| Isabel C. Balboa<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002<br><br>U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | Chapter 13 Trustee<br><br><br><br><br>United States Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ Other: _NEF_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Daniel Yancy<br>725 Central Ave<br>Franklinville NJ  08322 | Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>Department of Treasury<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><br>Office of U.S. Attorney General<br>25 Market St. P.O. Box 112<br>Richard J. Hughes Justice Complex<br>Trenton, NJ 08625-0112<br><br>U.S. Attorney's Office<br>Camden Federal Building & U.S. Courthouse<br>P.O. Box 2098<br>401 Market St. 4th Floor<br>Camden, NJ 08102 | Creditor<br><br><br><br><br>U.S. Attorney General<br><br><br><br><br>U.S. Attorney | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |