# LAW OFFICES OF SEYMOUR WASSERSTRUM

ATTORNEYS AT LAW

| | |
|---|---|
| 205 W. LANDIS AVE | 1040 N. KINGS HWY, SUITE 304 |
| VINELAND, NJ 08360 | CHERRY HILL, NJ 08002 |
| TELEPHONE: (856) 696-8300 | *Do not mail to this address |
| FACSIMILE: (856) 696-6962 | |

**SEYMOUR WASSERSTRUM, ESQ**

April 10, 2023

Honorable Jerrold N. Poslusny, USBJ
US Bankruptcy Court – Clerk's Office
4th and Cooper Street, Second Floor
Camden, NJ 08102

    Re:    Daniel E. Yancy
             Chapter 13 Case No.: 22-15874/JNP
             Withdraw of Motion to Strike Proof of Claim filed by the State of New Jersey

Dear Judge Poslusny:

Please accept this letter as our request to withdraw the Motion to Strike Proof of Claim filed by the State of New Jersey which was filed on February 10, 2023 under docket number 29.

Thank you for your kind attention.

                                                Respectfully Submitted,

                                              /s/ Seymour Wasserstrum, Esq.
                                              Seymour Wasserstrum, Esq.