Law Offices of Seymour Wasserstrum
205 W. Landis Ave.
Vineland, NJ 08360
(t)856-696-8300 | (f)856-696-3586
MyLawyer7@aol.com

## UNITED STATES BANKRUPTCY COURT
### DISTICT OF NEW JERSEY
### CAMDEN VICINAGE

| In re: | Case No.: 22-15874-JNP |
|---|---|
| Daniel E. Yancy | Hearing Date: May 23, 2023 |
| Debtor | 11:00 AM |
| | Chapter: 13 |
| | Motion to Strike Proof of Claim |

## AMENDED CERTIFICATION OF SERVICE

1. I, Andrea Pena-Lopez:
☐ represent _____ in this matter.

☒ am the secretary/paralegal for Seymour Wasserstrum, Esq. who represents Debtor(s) in this matter.

☐ am the _____ in this case and am representing myself.

2. On May 22, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
☒ Notice of Motion to Reimpose the Automatic Stay ☒ Certification ☒Statement as to why no brief is necessary ☒ Order

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: May 22, 2023                             /s/ Andrea Pena-Lopez
                                                        Signature

| | | |
|---|---|---|
| Office of U.S. Attorney General<br>U.S. Dept. of Justice<br>Office of the U.S. Trustee<br>1 Newark Center, Ste. 2100<br>Newark, NJ 07102<br><br>U.S. Attorney's Office<br>Camden Federal Building & U.S. Courthouse<br>P.O. Box 2098<br>401 Market Street, 4th Floor<br>Camden, NJ 08102<br><br>Office of The Attorney General<br>RJ Hughes Justice Complex<br>25 Market Street, Box 080<br>Trenton, NJ 08625-0080 | U.S. Attorney General (Newark)<br><br><br><br><br>U.S. Attorney Office (Camden)<br><br><br><br><br>Attorney General | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ Other: _NEF_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Daniel E. Yancy<br>725 Central Ave.<br>Franklinville, NJ 08322 | Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |