UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on May 23, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Daniel E. Yancy

| | |
|---|---|
| Case No.: | 22-15874 |
| Hearing Date: | 5.23.23 |
| Judge: | JNP |
| Chapter: | 13 |

Recommended Local Form:    ☐ Followed    ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
Motion To Strike Proof of Claim

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 23, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

A motion or application having been filed on _____2/10_____, 20 23 by Seymour Wasserstrum for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*rev. 8/1/15*