**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on May 23, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Daniel E. Yancy

| | |
|---|---|
| Case No.: | 22-15874 |
| Hearing Date: | 5.23.23 |
| Judge: | JNP |
| Chapter: | 13 |

Recommended Local Form:     ☐ Followed     ☐ Modified

## ORDER DENYING MOTION OR
## APPLICATION FOR THE ENTRY OF AN ORDER
Motion To Strike Proof of Claim

The relief set forth on the following page is hereby **ORDERED**.

DATED: May 23, 2023

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

A motion or application having been filed on _____2/10_____, 20 23 by _Seymour Wasserstrum_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*rev. 8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-15874-JNP
Daniel E. Yancy  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: May 23, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel E. Yancy, 725 Central Ave., Franklinville, NJ 08322-2054 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-23 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Heather Lynn Anderson | on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Seymour Wasserstrum | on behalf of Debtor Daniel E. Yancy mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: May 23, 2023　　　　　　　　　　　Form ID: pdf903　　　　　　　　　　　Total Noticed: 1
TOTAL: 6