Law Offices of Seymour Wasserstrum
205 W. Landis Ave.
Vineland, NJ 08360
(t)856-696-8300 | (f)856-696-3586
MyLawyer7@aol.com

Order Filed on July 27, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTICT OF NEW JERSEY
CAMDEN VICINAGE

| In re: | Case No.: 22-15874-JNP |
|---|---|
| Daniel A. Yancy | Hearing Date: July 11, 2023 |
| Debtor | 11:00 AM |
| | Chapter: 13 |
| | Motion to Strike Proof of Claim |

Recommended Local Form    ☐Followed  ☒Modified

## ORDER TO STRIKE PROOF OF CLAIM FILED BY THE INTERNAL REVENUE SERVICE

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

DATED: July 27, 2023

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtor:** Daniel E. Yancy
**Case No.:** 22-15874-JNP
**Caption of Order:** Order Striking Proof of Claim of Internal Revenue Service

Upon the consideration of the motion of Kenneth Albert Comuso, for an Order Striking Proof of Claim of Internal Revenue Service, the arguments of Counsel, if any, other further proofs which may have been adduced, and for good cause shown, it is hereby **ORDERED AND AJUDGED** that:

The Proof of Claim filed against Debtor by the Internal Revenue Service is hereby stricken.