Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  22−15874−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel E. Yancy
   725 Central Ave.
   Franklinville, NJ 08322

Social Security No.:
   xxx−xx−9508

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             9/6/23
Time:             10:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: July 26, 2023
JAN: kvr

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Daniel E. Yancy  
    Debtor

Case No. 22-15874-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Jul 26, 2023      Form ID: 132      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel E. Yancy, 725 Central Ave., Franklinville, NJ 08322-2054 |
| 519666781 | + | Contental Finance Company, 4550 New Linden Hill Rd, ste 400, Wilmington, DE 19808-2952 |
| 519872899 | + | Franklin Township, Gloucester County, Franklin Township Tax Collector, 1571 Delsea Drive, Franklinville, NJ 08322-2391 |
| 519666789 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 519679763 | + | Township of Franklin, 1571 Delsea Drive, Franklinville, NJ 08322-2391 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 26 2023 23:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 26 2023 23:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519666777 | + | Email/Text: bankruptcy@pepcoholdings.com | Jul 26 2023 23:21:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 519683768 | + | Email/Text: bankruptcy@pepcoholdings.com | Jul 26 2023 23:21:00 | Atlantic City Electric Company, Bankruptcy Divison, 5 Collins Drive, Suite 2133 / Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 519666779 | | Email/Text: BKBCNMAIL@carringtonms.com | Jul 26 2023 23:20:00 | CARRINGTON MORTGAGE SERVICES, 2201 EAST 196TH STREET, Westfield, IN 46074 |
| 519666780 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 26 2023 23:22:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 519666778 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 26 2023 23:36:03 | Capital One, PO Box 31293 Salt Lake City, Salt Lake City, UT 84131-0293 |
| 519666782 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 26 2023 23:36:02 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 519666786 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 26 2023 23:21:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519671055 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 26 2023 23:36:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519678957 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 26 2023 23:35:43 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519666787 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 26 2023 23:35:43 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519687698 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 26 2023 23:21:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519666788 | | ^ MEBN | | |

Case 22-15874-JNP    Doc 51    Filed 07/28/23    Entered 07/29/23 00:16:13    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 26, 2023 | Form ID: 132 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| | | | Jul 26 2023 23:19:14 | Office Of The Attorney General, 22 Market Street, PO Box 112, Div Of Law, Richard J Hughes Justice Com, Trenton, NJ 08625-0112 |
| 519703446 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 26 2023 23:21:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519716853 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 26 2023 23:20:00 | The Bank of New York Mellon, at. el, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 519666790 | | Email/Text: collectionservices@trojanonline.com | Jul 26 2023 23:21:00 | Trojan Professional Ser, P.O. Box 1270, Re: Capemay Family Dental, Los Alamitos, CA 90720-1270 |
| 519666791 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 26 2023 23:36:08 | Wells Fargo Card Service, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519666783 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519666784 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519666785 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-23 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Heather Lynn Anderson | on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| Seymour Wasserstrum | on behalf of Debtor Daniel E. Yancy mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Jul 26, 2023 | Form ID: 132 | Total Noticed: 23 |

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7