UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Seymour Wasserstrum, Esquire
Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Phone: 856-696-8300
mylawyer7@aol.com
Attorney for Debtor

Order Filed on July 25, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Daniel E. Yancy

Case No.: 22-15874

Chapter: 13

Judge: Jerrold N. Poslusny Jr.

## ORDER ON MOTION TO VACATE DISMISSAL OF CASE

The relief set forth on the following page is hereby ORDERED.

DATED: July 25, 2023

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The debtor having filed a motion to vacate dismissal of case; and the court having considered any objections filed; and for good cause shown; it is

☒ **ORDERED** that the motion is granted and the order dismissing case is vacated effective on the date of this order. No actions taken during the period this case was dismissed were subject to the automatic stay or other provisions of the Bankruptcy Code;

**IT IS FURTHER ORDERED** that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and or parties in interest have:

1. until the original deadline fixed by the court to file a complaint to object to the debtor's discharge or discharge ability of certain debts, or 60 days from the date of this order, whichever is later;
2. until the original deadline fixed by the court to file a proof of claim or required supplement, or 60 days from the date of this order, whichever is later; and
3. until the original deadline fixed by the court to object to exemptions, or 30 days from the date of this order, whichever is later.

**IT IS FURTHER ORDERED** that if the meeting of creditors has not been concluded, the debtor must contact the case trustee to schedule a new date for the meeting, and must provide 21 days' notice under bankruptcy rule 2002(a) (1) of the new date to all creditors and parties in interest.

**IT IS FURTHER ORDERED** that if this is a chapter 13 case and the debtor's plan has not been confirmed the confirmation hearing is rescheduled to 9/6/2023 at 10am.

☐ **ORDERED** that the motion to vacate order dismissing cases denied.

☒ **ORDERED** (Other):

**IT IS FURTHER ORDERED** that Within ten (10) days of the date of this Order the Debtor shall:
1. Submit plan payment of $609.00 to the Trustee; and
2. Amend Schedules I/J to prove feasibility; and
3. Address estimated proof of claim with IRS; and
4. Submit all future payments via TFS or Wage Order; and

that in the event Debtor fails to comply with the terms of this Order and/or fails to attend the rescheduled §341(a) Meeting of Creditors, Debtor's case shall be dismissed immediately upon the filing of a Certification by the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that whether the motion is granted or denied, the debtor must, within three days of the date of this order, serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service.*

United States Bankruptcy Court

District of New Jersey

In re:  
Daniel E. Yancy  
    Debtor

Case No. 22-15874-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Jul 26, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Daniel E. Yancy, 725 Central Ave., Franklinville, NJ 08322-2054 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-23 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Heather Lynn Anderson | on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| Seymour Wasserstrum | on behalf of Debtor Daniel E. Yancy mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 26, 2023 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                     USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7