Law Offices of Seymour Wasserstrum
205 W. Landis Ave.
Vineland, NJ 08360
(t)856-696-8300 | (f)856-696-3586
MyLawyer7@aol.com

Order Filed on July 27, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTICT OF NEW JERSEY
## CAMDEN VICINAGE

| In re: | Case No.: 22-15874-JNP |
|---|---|
| Daniel A. Yancy | Hearing Date: July 11, 2023 |
| Debtor | 11:00 AM |
| | Chapter: 13 |
| | Motion to Strike Proof of Claim |

Recommended Local Form  ☐Followed  ☒Modified

### ORDER TO STRIKE PROOF OF CLAIM FILED BY THE INTERNAL REVENUE SERVICE

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

DATED: July 27, 2023

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
**Debtor:** Daniel E. Yancy
**Case No.:** 22-15874-JNP
**Caption of Order:** Order Striking Proof of Claim of Internal Revenue Service

Upon the consideration of the motion of Kenneth Albert Comuso, for an Order Striking Proof of Claim of Internal Revenue Service, the arguments of Counsel, if any, other further proofs which may have been adduced, and for good cause shown, it is hereby **ORDERED AND AJUDGED** that:

The Proof of Claim filed against Debtor by the Internal Revenue Service is hereby stricken.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-15874-JNP |
| Daniel E. Yancy | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 28, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Daniel E. Yancy, 725 Central Ave., Franklinville, NJ 08322-2054 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2023        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-23 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Heather Lynn Anderson | on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| Seymour Wasserstrum | on behalf of Debtor Daniel E. Yancy mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |

District/off: 0312-1      User: admin      Page 2 of 2

Date Rcvd: Jul 28, 2023      Form ID: pdf903      Total Noticed: 1

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7