**UNITED STATES BANKRUPTCY COURT**
District of New Jersey

In re: Daniel E Yancy                                                          Case # 22-15874

                                                                                                Claim # 9

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

    PLEASE TAKE NOTICE THAT, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Midland Credit Management, Inc. as agent for Midland Funding hereby withdraws Proof of Claim number 9 dated August 23, 2022.

Dated: August 1, 2023

                                                  /s/ Joe Raymond
                                                  Lead Bankruptcy Specialist
                                                  Midland Credit Management, Inc.
                                                  PO Box 2037
                                                  Warren, MI 48090
                                                  Phone: 877-495-2902
                                                  Fax: 866-818-1718
                                                  Email: bankruptcydm@mcmcg.com