Order Filed on November 1, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Heather Lynn Anderson (015962003)<br>Deputy Attorney General<br>R. J. Hughes Justice Complex<br>25 W. Market Street<br>P.O. Box 106<br>Trenton, New Jersey 08625<br>Attorney for the State of New Jersey,<br>Division of Taxation | |
| In Re:<br><br>Daniel E. Yancy,<br><br>    Debtor. | Case No.: 22-15874 (JNP)<br><br>Chapter 13<br><br><br>Judge: Polusny, U.S.B.J. |

CONSENT ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **OR**

**DATED: November 1, 2023**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

```
Page 2
Debtor: Yancy
Case No.: 22-15874
Caption of Order: CONSENT ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN
```

This matter having been presented to the Court by Debtor NAME ("Debtor"), by and through Debtor's counsel, Law Offices of Seymour Wasserstrum (Seymour Wasserstrum, Esq., appearing), by Chapter 13 Plan (Docket No. 11), and the State of New Jersey, Division of Taxation ("Taxation") having filed an Objection to the Plan (Docket No. 41), by and through its counsel, Matthew J. Platkin, Attorney General of New Jersey (Heather Lynn Anderson, Deputy Attorney General, appearing), and Debtor and Taxation having amicably resolved Taxation's claim and its treatment through Debtor's Plan and good and sufficient cause appearing for the entry of the within Order;

(1) IT IS HEREBY ORDERED THAT Taxation's Proof of Claim (Claim No. 7-1) filed on March 28, 2023, is hereby allowed in its entirety in the amount of $969.13. Debtor's Plan is hereby amended to provide for full payment of this priority portion.

(2) IT IS FURTHER ORDERED THAT if any provision of this Order conflicts with any other Order entered in this matter, including an order confirming Debtor's Chapter 13 Plan and/or discharge order, the provisions of this Order shall control.

CONSENTED AS TO FORM AND ENTRY:

SEYMOUR WASSERSTRUM  
Attorneys for the Debtor

MATTHEW J. PLATKIN  
Attorney General of New Jersey  
Attorney for Taxation

_____  
Seymour Wasserstrum, Esq.

_____  
Heather Lynn Anderson  
Deputy Attorney General