UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR
9004-2(c)**


Heather Lynn Anderson (015962003)
Deputy Attorney General
R. J. Hughes Justice Complex
25 W. Market Street
P.O. Box 106
Trenton, New Jersey 08625
Attorney for the State of New Jersey,
 Division of Taxation

**Order Filed on November 1, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Daniel E. Yancy,

    Debtor.

Case No.: 22-15874 (JNP)

Chapter 13

Judge: Polusny, U.S.B.J.

CONSENT ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN


The relief set forth on the following pages, numbered two (2) through
three (3) is hereby **OR**

**DATED: November 1, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**
Debtor: Yancy
Case No.: 22-15874
Caption of Order: CONSENT ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN

This matter having been presented to the Court by Debtor NAME ("Debtor"), by and through Debtor's counsel, Law Offices of Seymour Wasserstrum (Seymour Wasserstrum, Esq., appearing), by Chapter 13 Plan (Docket No. 11), and the State of New Jersey, Division of Taxation ("Taxation") having filed an Objection to the Plan (Docket No. 41), by and through its counsel, Matthew J. Platkin, Attorney General of New Jersey (Heather Lynn Anderson, Deputy Attorney General, appearing), and Debtor and Taxation having amicably resolved Taxation's claim and its treatment through Debtor's Plan and good and sufficient cause appearing for the entry of the within Order;

(1)     IT IS HEREBY ORDERED THAT Taxation's Proof of Claim (Claim No. 7-1) filed on March 28, 2023, is hereby allowed in its entirety in the amount of $969.13.  Debtor's Plan is hereby amended to provide for full payment of this priority portion.

(2)     IT IS FURTHER ORDERED THAT if any provision of this Order conflicts with any other Order entered in this matter, including an order confirming Debtor's Chapter 13 Plan and/or discharge order, the provisions of this Order shall control.

CONSENTED AS TO FORM AND ENTRY:

SEYMOUR WASSERSTRUM
Attorneys for the Debtor

MATTHEW J. PLATKIN
Attorney General  of New Jersey
Attorney for Taxation

_____
Seymour Wasserstrum, Esq.

*Heather Lynn Anderson*
_____
Heather Lynn Anderson
Deputy Attorney General

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 22-15874-JNP

Daniel E. Yancy                                                                      Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                     User: admin                                     Page 1 of 2

Date Rcvd: Nov 01, 2023                          Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2023:**

**Recip ID                Recipient Name and Address**
db                    +  Daniel E. Yancy, 725 Central Ave., Franklinville, NJ 08322-2054

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2023 at the address(es) listed
below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-23 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Heather Lynn Anderson | on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| Seymour Wasserstrum | |

District/off: 0312-1                          User: admin                                    Page 2 of 2
Date Rcvd: Nov 01, 2023                       Form ID: pdf903                          Total Noticed: 1

on behalf of Debtor Daniel E. Yancy mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7